# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CYNTHIA ANN ROBINSON,<br>*Plaintiff*<br>v.<br>YAKIMA COUNTY JAIL and ARON DOLAND,<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:16-CV-03052-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Complaint, ECF No. 6, is DISMISSED for failure to state a claim under 28 U.S.C. §§ 1915(e)(2). The Court certifies that any appeal of this dismissal would not be taken in good faith.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on ECF No. 7, Order to Amend or Voluntarily Dismiss Complaint.

Date: 06/16/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates